# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0835
Lower Tribunal No. 19-15449
_____

**Arsenio Rodriguez,**
Appellant,

vs.

**Eamon Guilfoyle,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellant.

Eamon Guilfoyle, in proper person.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.